RECEIVED

OCT 20 2023

BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern DIVISION

Brett Michaels Chilton
_____
Petitioner

v.

STATE OF MISSOURI 36TH JUDICIAL
CIRCUIT BUTLER
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No: _____
(to be assigned by Clerk of District Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Brett Michaels Chilton
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Sainte Genevieve County Jail
   (b) Address: 5 Basler Drive
       Ste. Genevieve Missouri 63670
   (c) Your identification number: 78350
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☑ Other - explain:
   Writ from ERDCC
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: 36 JUDICIAL CIRCUIT BUTLER
       100 North Main Street Poplar Bluff MO 63901
       (b) Docket number of criminal case: 19BT-CR00126-01
       (c) Date of sentencing: 11-2019
   ☐ Being held on an immigration charge
   ☑ Other (explain): On a Writ from ERDCC Missouri Department of Corrections

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example,

revocation or calculation of good time credits)
- [ ] Pretrial detention
- [ ] Immigration detention
- [ ] Detainer
- [ ] The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- [ ] Disciplinary proceedings
- [x] Other (explain): Violations of Missouri Second Amendment Preservation Act as well as Due Process, Speedy Trial and Effective Counseling

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 36TH JUDICIAL CIRCUIT BUTLER 100 North Main Street Poplar Bluff Missouri 63701
   (b) Docket number, case number, or opinion number: 23BT-CR00307
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Material aid and Support to the Federal Government infringements of Missouri Borders
   (d) Date of the decision or action: March 1 2023

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   - [ ] Yes
   - [x] No
   
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:
      
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:
   Original Proceeding

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   - [ ] Yes
   - [x] No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:
N/A

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☑ No
(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:

    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:
N/A

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☑ No
If "Yes," answer the following:
(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes     ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes     ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes     ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised:


(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised:


12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes     ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Preliminary Injunction
(b) Name of the authority, agency, or court:
(c) Date of filing: 9-6-2023
(d) Docket number, case number, or opinion number: 23BT-CV01911
(e) Result: Pending
(f) Date of result: 9-6-2023
(g) Issues raised:
Second Amendment Preservation Act Violations
1.410 - 1.485

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Missouri Second Amendment Preservation Act 1.410-1.485

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Violation to give material Aid and Support to Federal Government by the County of Butler and State of Missouri

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** Tenth Amendment of the United States Constitution

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The federal government has assumed powers not delagated to them.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** Due Process Fifth and Fourteenth Amendment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I made Bond and went to Bonne Terre ERDCC on Parole Violation and while there the Federal Government indicted me for the same incident which is depriving me life liberty and property

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND FOUR:** Sixth Amendment Fast and Speedy Trial Effective Counsel

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I paid Matt Edmundson Attorney at Law and he represented me but then withdrew off my case after taking my money and now I'm being denied a Fast and speedy Trial due to this violation of my rights.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Children Custody Case is also being violated. Case #23BT-CV00547.

## Request for Relief

15. State exactly what you want the court to do: Address the Subject Matter Jurisdiction and the violations of Missouri's Second Amendment Preservation Act as well as violations of United States Constitutional Rights and any relief this Court may deem just and proper.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

10-11-2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-11-2023

*Brett Chilton*
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any