# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| BRETT MICHAELS CHILTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-188 RLW |
| | ) | |
| STATE OF MISSOURI 36TH JUDICIAL CIRCUIT BUTLER, | ) ) ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Memorandum and Order filed herewith and incorporated herein,

**IT IS HEREBY ORDERED** that Petitioner's Petition For a Writ Of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED** and **DISMISSED** without prejudice.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 21st day of February, 2024.